UNITED STATES BANKRUPTCY COURT

DISTRICT OF EASTERN PA.

The Law Office of
Aniello D. Cerreto, Esq.
Gordon's Corner Professional Plaza
215 Gordon's Corner Road – Suite 1i
Manalapan, NJ 07726
Phone:   732-664-4739
Fax:      732-391-6682
Email:   Adclawoffice@gmail.com
Website:   www.adcesq.com

| | |
|---|---|
| In Re: | Case No. 24−11138−pmm |
| MICHAELA C. HAYES Debtor | Chapter 7 |
| | Judge PMM |

OBJECTING CERTIFICATION

To:

ROBERT W. SEITZER, Trustee – via email - rseitzer@karalislaw.com
1900 Spruce Street
Philadelphia, PA 19103

Daniel S. Bernheim, 3d, Esquire – via email - jbart@wilentz.com
Jonathan J. Bart, Esquire
Attorneys for Creditor, ING Properties LLC
Two Penn Center, Suite 910
Philadelphia, PA 19102

1)   I, Michaela C. Hayes, debtor, hereby certify as follows in response to the pending motion of ING Properties LLC.;

2)   He is stating assumptions on defrauding. I had both a personal and business bank account. Because the business had to constantly be funded with my own personal funds. Once the TD bank account was closed, I reopened the main business account. In which yes there were

personal funds used, but the business and both my own personal funds were used to keep the projects rolling. On top of all the work that was performed for the business. I felt it was easier to manage it all as once since the business constantly had to be funded.

3) Again his funds were less than 1 million given into the project.

4) The project had excavation, surveys, foundation, foundational plumbing, engineer, underpinning, demo, oil tank removal and framing done. Project had all permits valid and approved.

5) The investor was unwilling to extend the loan and also refused 3 refinances in the process before he decided to confess judgement.

6-8) The chapter 11 was in the process for months prior to his client filing for contempt. It was advised that since the business would be filing for chapter 11 to hold off on responding since this would occur more funds being used towards attorneys.

9) I was advised by counsel to plead the fifth amendment. It kept asking the same question over and over in which I repeated my plead.

10) Again, here say he is just stating accusations which are not facts.

11) I never admitted anything specifically. As I stated before I had my own personal funds and work wages for working with the business as an active general contractor. As a business just starting off it was much easier to keep my money working within the business. Since the business constantly needed funds.

12) I can't speak for my previous partner. But personal funds and wages from my GC work was used within the company. Tax returns are actively being worked on for both personal and business.

18) I can't speak on what was said by my previous partner.  (He has this numbered incorrectly in filings)

13) I have never been a residence of Philadelphia. Occasionally staying within the city at friend's houses does not mean I live within Philadelphia. I have always been a residence of New jersey

14) I'm not an owner of Drew Developments and no longer work for the company currently.

15) Nothing has been proven and I am advised I am entitled to a presumption of innocence.

16) Cash was used to pay day laborers/subcontractors for contract work.

17) Again my own funds that I worked for were used for personal expenses and business expenses to keep the business working.

18) Capital contribution such as General contracting work and personal funds were used towards the business.

19) Orchid ventures contributed their own funds for their own projects.

20)  Nothing was revealed other than the trustee deciding based on certain responses to convert based on the projects themselves.

21) I never said it contained transfer of funds. My mother passed away end of September I was out of town handling her funeral affairs. I was not able to attend and needed some personal time to myself to grieve.

22) I did not disobey. It was brought up in court that I could image the computer. I produced a computer image and gave my current phone up as instructed.

23) The trustee could not open the computer image which resulted back in court. It was discussed to pay 3000 to have the computer image. Drop off any papers related to the business.

24) The trustee emailed me but I did not receive it since he had my computer. He misread the password I wrote down and upon the next contempt hearing. Admitted it was a mistake and tried to gain access finally since he admitted to misreading the password. All was resolved.

25) Again, I have always been a residence of New jersey.

26) Myself in certain locations does not constitute that I paid for those expenses. Besides the fact that I'm entitled to have a life. Nothing was ever stolen over 1 million or even under a million he's making assumptions. Work was done on the project.

31) I did not file based off of possibly be incarcerated. The incarceration was based off of the trustee not able to gain access into the computer in which he admitted to making a mistake.

32) I obtained financing years ago on the vehicles. I have no personal assets other than the 2 vehicles. I have children in which their father helps support.

33) I'm unsure sure how to answer or respond to this one. He is throwing accusations.

34) I have both business and personal debts.

35) I filed in the state in which I reside.

36) it was converted as a no asset case.

37) There was no ponzi scheme going on. Properties were purchase and actively worked on with the intention of fixing and flipping.

38) I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment

39) Respectfully submitted,

*/s/ Michaela Hayes*

_____

Michaela C. Hayes, Debtor

# Signature Certificate

Reference number: DZYK8-N5PHE-4HXXA-WP6F3

| Signer | Timestamp | Signature |
|---|---|---|
| **/s/ Michaela Hayes**<br>Email: michaelacheri@gmail.com | | /s/ Michaela Hayes |
| Sent: | 15 May 2024 15:24:32 UTC | |
| Viewed: | 16 May 2024 12:22:38 UTC | |
| Signed: | 16 May 2024 12:25:24 UTC | |
| **Recipient Verification:** | | |
| ✔ Email verified | 16 May 2024 12:22:38 UTC | IP address: 198.145.226.173 |

Document completed by all parties on:
16 May 2024 12:25:24 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 50,000+ companies worldwide.

